George B. Sapolski, appellee, v. Louis Kuicki et al., on appeal of Louis Kuicki, appellant. Gen. No. 28,046.

Personal injury suit for being run into and injured by automobile. Judgment for plaintiff for $1,500. Appeal from the Superior Court of Cook county; the Hon. Edward D. Shurtleff, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed December 26, 1923. Rehearing denied January 9, 1924. *Certiorari* denied by Supreme Court (making opinion final).

Brown, Brown & Brown, for appellant. John A. Bloomingston, for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.